IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UCB, INC. AND<br>UCB MANUFACTURING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COREPHARMA, L.L.C.,<br><br>Defendant. | Civil Action No.: 14-cv-01788-RMB-KMW |

**CERTIFICATION OF SCOTT REED IN SUPPORT**
**OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Scott Reed, of full age, hereby certify pursuant to 28 U.S.C. § 1746, as follows:

1.  I am an attorney-at-law and a partner at Fitzpatrick, Cella, Harper & Scinto with offices located at 1290 Avenue of the Americas, New York, New York 10104-3800.

2.  I am duly admitted to the bar of the State of New York, as of 1988. The office and address of the official maintaining my admission is: New York State Supreme Court, Appellate Division, First Department, 27 Madison Avenue, New York, New York 10010. I am a member in good standing in this court.

3.  There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4.  I submit this certification in support of the application by plaintiffs UCB, Inc. and UCB Manufacturing, Inc. ("Plaintiffs"), to permit me to appear and participate, *pro hac vice*, as counsel for Plaintiffs at pretrial proceedings and at the trial of this action.

ME1 18218614v.1

5. I am familiar with this matter. Plaintiffs have requested that my firm and I appear and participate in its representation in the pretrial proceedings and at the trial of this action.

6. I am associated in this matter with William J. O'Shaughnessy, a member of McCarter & English, LLP, who is the attorney of record for Plaintiffs and is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this court.

7. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

8. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the Clerk of the United States District Court in the amount of $150.00 pursuant to Local Civil Rule 101.1(c)(3).

9. I will abide by Local Civil Rule 101.1(c).

10. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other courts.

11. For the foregoing reasons, it is respectfully requested that the Court grant Plaintiffs' application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 11, 2014

_____
Scott Reed

ME1 18218614v.1